McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
COURTNEY J. LINN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2738

Attorneys for Plaintiff
United States of America

**FILED**

JUN 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Mag. 05-053PAN |
| Plaintiff, ) | APPLICATION TO UNSEAL COMPLAINT; [PROPOSED] ORDER |
| v. ) | |
| SEREY VAN, ) | |
| Defendant. ) | |

APPLICATION

On February 22, 2005, the Government filed a complaint for this matter, this Court issued an arrest warrant, and the Court, sealed the same.  Presently, the warrant has been executed and there is no longer cause for these documents to remain sealed.

///
///
///
///
///
///

1  Accordingly, the Government respectfully requests that the
2  complaint for this matter be unsealed.
3  DATED: June 1, 2005

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: _____
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney

ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the complaint and warrant for the captioned matter be UNSEALED.

Date: June _3_, 2005

_____
HONORABLE PETER A. NOWINSKI
United States Magistrate Judge

2